[No. 22543.   Department One.   April 2, 1931.]

THE STATE OF WASHINGTON, on the Relation of Modern Lumber & Millwork Company, Respondent, v. I. G. MACDUFF, Appellant.[1]

E. K. Murray, Leo Teats, and Bartlett Rummell, for appellant.
Hayden, Langhorne & Metzger, for respondent.

PER CURIAM.—In State ex rel. Modern Lumber & Millwork Co. v. MacDuff, ante p. 528, 297 Pac. 733, relator appealed from a judg-

[1]Reported in 297 Pac. 738.

ment denying a writ of mandate to require the Tacoma Building Inspector to issue to the relator a building permit. That judgment was reversed and the cause remanded with instructions to issue the writ.

In the case at bar the appeal is prosecuted from judgment directing a writ of mandate for the issuance to the relator of a building permit. In conformity with the former opinion, in which is fully discussed the same question of law raised by this appeal, the judgment is affirmed.